1

2

3

4

5

6

7

8                          United States District Court

9                          Eastern District of California

10

11

12   Richard M. Gilman,

13          Petitioner,                    No. Civ. S 05-2222 GEB PAN P

14       vs.                               Order

15   Teresa A. Schwartz, Warden,

16          Respondent.

17                               -oOo-

18       Petitioner, a state prisoner proceeding without counsel,

19   seeks a writ of habeas corpus.  See 28 U.S.C. § 2254.  Petitioner

20   has paid the filing fee.

21       A judge "entertaining an application for a writ of habeas

22   corpus shall forthwith award the writ or issue an order directing

23   the respondent to show cause why the writ should not be granted,

24   unless it appears from the application that the applicant or

25   person detained is not entitled thereto."  28 U.S.C. § 2243.

26   Petitioner may be entitled to relief.

1    I therefore direct respondent to respond to petitioner's

2  application within 60 days from the date of this order.  See Rule

3  4, Fed. R. Governing § 2254 Cases.  An answer shall be

4  accompanied by any and all transcripts or other documents

5  relevant to the determination of the issues presented in the

6  application.  See Rule 5, Fed. R. Governing § 2254 Cases.

7  Petitioner's reply, if any, shall be filed and served within 30

8  days of service of an answer.  If the response to petitioner's

9  application is a motion, petitioner's opposition or statement of

10  non-opposition shall be filed and served within 30 days of

11  service of the motion, and respondents' reply, if any, shall be

12  filed within 15 days thereafter.  The Clerk of the Court shall

13  serve a copy of this order together with a copy of petitioner's

14  November 3, 2005, petition for a writ of habeas corpus pursuant

15  to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney

16  General for the State of California.

17    Dated:  November 8, 2005.

18              /s/ Peter A. Nowinski
              PETER A. NOWINSKI
19              Magistrate Judge

20

21

22

23

24

25

26