IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Petitioner,                    No. CIV S-05-2222 GEB PAN P

    vs.

TERESA A. SCHWARTZ, Warden,

    Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file an opposition to respondent's January 6, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 2, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's motion to dismiss. Respondent's reply, if any, shall be filed and served not later than ten days thereafter.

DATED: February 17, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

12; gilm2222.111