IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD M. GILMAN,

    Petitioner,                      No. CIV S-05-2222 GEB EFB P

    vs.

TERESA A. SCHWARTZ, Warden,

    Respondent.                   ORDER

_____/

    Petitioner requests an extension of time to file and serve objections to the July 26, 2006, findings and recommendations. Good cause appearing, petitioner's August 11, 2006, request is granted and petitioner shall file and serve objections to the July 26, 2006, findings and recommendations within 20 days of the date of service of this order.

    So ordered.

Dated: September 5, 2006.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\gilm2222.grnt pet eot